UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KATHERINE L., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:20-cv-00439-JAW |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision on Motion for EAJA Attorney Fees, filed June 13, 2022 (ECF No. 27), the Court accepts the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

Accordingly, it is hereby ORDERED that the Plaintiff's EAJA Application for Fees and Expenses (ECF No. 24) is GRANTED IN PART AND DENIED IN PART, and the Plaintiff is awarded EAJA fees totaling $5,600.00.

SO ORDERED.

                                                     /s/ John A. Woodcock, Jr.
                                                     JOHN A. WOODCOCK, JR.
                                                     UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2022